(October 20, 1944.)

HELENA C. THEODORE, as Administratrix of the Estate of MICHAEL T. THEO DORE, Deceased, Appellant, v. BANK FOR SAVINGS IN THE CITY OF NEW YORK et al., Respondents.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the plaintiff established facts sufficient to make out a prima facie case. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NOAH FLEDER, Respondent, v. MAX M. ITKIN, Doing Business under the Name of MADE-RITE CURTAIN Co., Appellant.— Orders and judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and deny plaintiff's motion for partial summary judgment and grant defendant's cross motion fo: summary judgment dismissing the complaint.

ALICE CARLSON, Appellant, v. CITY OF NEW YORK, Respondent.— Determination of the Appellate Term unanimously reversed and the judgment of the City Court affirmed, with costs to the plaintiff in this court and in the Appellate Term. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BERNARD L. HEFLER, Appellant, v. SYDENHAM HOSPITAL, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

BROADWAY & 47TH STREET CORPORATION, Respondent, v. SLOPPY JOE'S, INC., Appellant.— Determination unanimously affirmed, with costs and disbursements. In so holding we do not necessarily approve the views expressed by the Municipal Court in its final order, to the effect that the marquee was a part of the leased premises. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See post, p. 904.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE WRIGHT, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant a new trial upon the ground that the admission of collateral evidence on rebuttal, to contradict defendant's denial of an alleged immoral act in no way connected with the crime charged, was prejudicial error; Untermyer, J., dissents and votes to reverse and dismiss the indictment.

JOSEPH SHAPIRO, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [182 Misc. 678.] [See post, p. 904.]

ROS-LOR SYSTEM # 3, INC., et al., Respondents, v. FIORE CRIBARI et al., Individually and as Copartners Doing Business under the Name of B. CRIBARI & SONS, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JULIA KARSON, Respondent, v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See post, p. 965.]

ANNA V. ALLISON, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Determination, so far as appealed from, unanimously affirmed, with costs and disbursements, and judgment absolute directed in favor of the defendant in accordance with the stipulation. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.